# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00550-CV

**In re James John Palermo**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator James John Palermo has filed a petition for writ of mandamus, seeking relief from an order signed by the trial court ten months ago, on October 23, 2007, modifying a prior custody order. *See* Tex. R. App. P. 52.8. That order was a final, appealable order, subject to the procedural rules applied to other appeals. *See Bilyeu v. Bilyeu*, 86 S.W.3d 278, 280 (Tex. App.—Austin 2002, no pet.) ("In a suit to modify a SAPCR, . . . the original decree remains final and a new final order results from the modification proceeding."); *In re N.J.G.*, 980 S.W.2d 764, 766-67 (Tex. App.—San Antonio 1998, no pet.) ("The Texas Family Code permits a party to appeal 'a final order' in a suit affecting the parent-child relationship."). Thus, to attack the order, Palermo had to file a notice of appeal within the usual appellate deadlines. *See* Tex. R. App. P. 26.1. We deny the petition for writ of mandamus.

 

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Filed:   September 5, 2008